IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE LEAGUE OF HUMAN DIGNITY, | ) | CASE NO. 4:12CV3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| R&F HOBBIES, INC., d/b/a PRINCE OF THE ROAD, | ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes for consideration on the Plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 17) adding additional parties. Said motion recites that counsel for the Defendant has no objection and, therefore the Court finds that the motion should be and hereby is granted. The amended complaint shall be filed within ten days of the date of this order.

DATED this 1st day of August, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
U. S. Magistrate Judge