IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEAGUE OF HUMAN DIGNITY, | ) | 4:12CV3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| R&F HOBBIES, INC., d/b/a PRINCE OF THE ROAD; CAMELOT TRANSPORTATION, INC., d/b/a PRINCE OF THE ROAD; and TRIUMPH TRANSPORTATION, INC., d/b/a PRINCE OF THE ROAD | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 36) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 10th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge